**JUDGE KOELTL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------

ADM INTERNATIONAL SARL,

     Plaintiff,

    - against –

ORIENT OVERSEAS CONTAINER LINE (OOCL)
and GLOBAL TERMINAL AND CONTAINER
SERVICES, LLC,

     Defendants.

-------------------------------------------------X

**13 CV 7512**

2013 Civ.

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**



RECEIVED
OCT 2 4 2013
U.S.D.C. S.D. N.Y.
CASHIERS

    NOW comes plaintiff, ADM INTERNATIONAL SARL, and submits in duplicate its

Disclosure Statement pursuant to F.R .Civ. P, Rule 7.1.

    Archer Daniels Midland Company (NYSE:ADM) is the publically-traded parent company

of ADM INTERNATIONAL SARL.

Dated: New York, New York
      October 24, 2013
      424-09

                    CASEY & BARNETT, LLC
                    Attorneys for Plaintiff

By:         _____
              Martin F. Casey
              Janine E. Brown
              65 West 36th Street, 9th Floor
              New York, New York 10018
              (212) 286-0225